JOHNSON & JOHNSTON ASSOCI-
ATES, INC., Plaintiff/Counter-
claim Defendant–Appellee,

and

Nikko Materials USA, Inc. (doing
business as Gould Electronics,
Inc.), Plaintiff–Appellee,

v.

R.E. SERVICE CO., INC., De-
fendant/Counterclaimant–
Appellant.

No. 2006–1352.

United States Court of Appeals,
Federal Circuit.

June 29, 2006.

## ORDER

The appellant(s) having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

INVERNESS MEDICAL SWITZER-
LAND GMBH, and Unipath Diag-
nostics, Inc., Plaintiffs–Appellees,

and

Church & Dwight Co., Inc.,
Plaintiff–Appellee,

v.

ACON LABORATORIES, INC.,
Defendant–Appellant.

No. 05–1135.

United States Court of Appeals,
Federal Circuit.

June 29, 2006.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).